

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the matter of the Estate of
Mildred L. Ethridge, deceased,

No. 11-16-00004-CV

* From the County Court at Law
 of Midland County,
 Trial Court No. P-10778.

* December 8, 2016

* Memorandum Opinion by Bailey, J.
 (Panel consists of: Wright, C.J.,
 Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Fred D. Davis, Jr.